STEPHEN T. HOSMER, ADMINISTRATOR OF THE ESTATE OF GEN. PARSONS, v. BRATTLE.

It is the duty of commissioners on insolvent estates, to offset mutual debts between the creditors and the deceased, and to report the balance only, which they find due.

ERROR to reverse a judgment of the County Court in an action of debt by book, brought by said administrator against said Brattle; to which action said Brattle plead in bar, that upon the death of said Parsons his estate was represented insolvent, and commissioners were appointed to examine and allow the claims of the creditors; that said Parsons was indebted to him at his decease by note, the sum of £40 which he exhibited to said commissioners for allowance; that at the same time he was indebted to said Parsons by book, the sum now in suit; that the commissioners offset said book-debt against said note, and reported only the balance due on said note after deducting said book-debt.

To which a special demurrer was given — 1st. That said commissioners had no right by law to make such offset. 2d. It does not appear, that the commissioners examined the books or that said administrator was present. 3d. Said note

could be contested at common law by the administrator notwithstanding its being allowed by the commissioners, and so *nonconstat*, that anything is due on said note.

Judgment of the County Court — That the plea in bar was sufficient. The same matters were assigned for error which were contained in the special demurrer.

Judgment — That there is nothing erroneous in the judgment complained of. It is the province of the commissioners to offset counterclaims, between the creditors and the deceased, and to report only the balance they find due. The administrator may contest the note at common law, notwithstanding such offset; and if the note is avoided then the remedy will be clear for the plaintiff to recover the book-debt.